# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE MORRIS,<br><br>                          Plaintiff,<br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                         Defendant. | CASE NO. 07cv1782-LAB (RBB)<br><br>**ORDER OF REFERENCE** |

    In accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(c)(1)(c), IT IS HEREBY ORDERED all matters arising out of this social security appeal, including the Motion to Proceed *In Forma Pauperis,* are referred to United States Magistrate Judge Ruben B. Brooks for a Report and Recommendation on the disposition of the case. The parties are instructed to contact Magistrate Judge Brooks' chambers with respect to all scheduling, hearing, or other issues.

    **IT IS SO ORDERED**.

DATED: September 20, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge