UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANNIE MORRIS, | ) | Civil No. 07cv1782-LAB(RBB) |
| Plaintiff, | ) | **ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS [DOC. NO. 3]** |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

On September 10, 2007, Plaintiff Annie Morris filed a civil complaint [doc. no. 1] against Defendant Michael J. Astrue challenging Defendant's denial of Plaintiff's claim for Supplemental Security Income benefits. Morris has also filed an application to proceed in forma pauperis ("IFP") [doc. no. 2].

Plaintiff is currently unemployed, having last been employed in 2001 by Bank of America. (IFP Application 2.) Her IFP application indicates that she does not receive income from any source, and has no savings, real estate, or valuable property. (Id. at 2-3.) Morris's application, however, is incomplete. The last question on the form requires Plaintiff to indicate the

sources of funds she uses for day-to-day expenses.  (Id. at 3.) Morris did not answer this question, thus leaving the Court to speculate about her true financial condition.

Given these circumstances, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's Application to Proceed In Forma Pauperis.  See 28 U.S.C.A. § 1915(a)(1) (West Supp. 2005).  If Morris wishes to proceed in forma pauperis, she must file a complete application no later than November 15, 2007.  The Clerk of Court is directed to send Plaintiff a blank motion to proceed in forma pauperis.

**IT IS SO ORDERED.**

DATED: September 28, 2007

_____
Ruben B. Brooks
United States Magistrate Judge

cc: Judge Burns
    All Parties