# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE MORRIS,<br><br>                             Plaintiff,<br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                            Defendant. | CASE NO. 07cv1782-LAB (RBB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS COMPLAINT**<br><br>[Dkt No. 6] |

This appeal of a denial of Supplemental Security Income and Disability Insurance benefits is before the court on the Report and Recommendation ("R&R") of Magistrate Judge Ruben B. Brooks that the Complaint be dismissed for failure to pay the filing fee or to obtain leave to proceed with the action *in forma pauperis* ("IFP") and for failure to serve the Summons and Complaint within 120 days of filing the Complaint as required by FED.R.CIV.P. 4(m). As traced in the R&R. Plaintiff filed an incomplete IFP application on September 10, 2007 along with her Complaint. That application was denied without prejudice, and a November 15, 2007 deadline was set for her to remedy the deficiencies. On March 17, 2008, Judge Brooks issued an Order To Show Cause Re Dismissal for failure to prosecute. Plaintiff did not respond to that Order, nor has she paid the filing fee or reapplied to proceed IFP. The deadline for filing Objections to the R&R passed on May 16, 2008 with no response. For all the foregoing reasons, **IT IS HEREBY ORDERED** the court **ADOPTS** the R&R and **DISMISSES** this case in its entirety, without prejudice.

**IT IS SO ORDERED**.

DATED: 5-22-08

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge